No. 83–6359.   FIELDS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6365.   MCKOY *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 83–6372.   DI SILVESTRO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 83–6376.   LOPEZ-SALAZAR *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–848.   SERVICE MERCHANDISE CO., INC. *v.* AMANA REFRIGERATION, INC., ET AL.   C. A. 6th Cir.   Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 83–431.   BATTLE ET AL. *v.* LUBRIZOL CORP. ET AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1327.   CHERRY ET AL. *v.* STEINER ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1301.   MILGO ELECTRONIC CORP. *v.* CODEX CORP. ET AL.   C. A. 1st Cir.   Motion of Jackson, Jones & Price for leave to file a brief as *amicus curiae* out of time denied.   Certiorari denied.

No. 83–1316.   FLORIDA *v.* BURWICK.   Sup. Ct. Fla.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–6258.   SAWYER *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.